UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RENA E. STARKS, | ) |
| Plaintiff, | ) 2:11-cv-861-JCM-RJJ |
| vs. | ) |
| K. NIELSON, *et al*., | ) O R D E R |
| Defendant, | ) |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Motion to Enjoin With U.S. District Court Case 2:11-cv-0933-JCM-LRL Starks v. Miles, Bergstrom, Winters, Bauers, Nielson (#8).

The Court having reviewed the Motion to Enjoin (#8) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Enjoin With U.S. District Court Case 2:11-cv-0933-JCM-LRL Starks v. Miles, Bergstrom, Winters, Bauers, Nielson (#8) is **DENIED WITHOUT PREJUDICE** as no basis was provided to "enjoin" this case.

DATED this  28th  day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge